# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

**SEALED**

United States of America
v.

SETH M. BOURGET

*Defendant*

Case No. 20CR10029

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     SETH M. BOURGET                                                                                                               ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Willfull Deprivation of Civil Rights Under Color of Law, in violation of 18 U.S.C. § 242

Date:  02/05/2020

_____
*Issuing officer's signature*

City and state:  Boston, Massachusetts

U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

**SEALED**

United States of America
v.

JOSEPH M. LAVORATO

*Defendant*

Case No. 20cr10029

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JOSEPH M. LAVORATO,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Obstruction of an Official Proceeding, in violation of 18 U.S.C. § 1512(c)(2) and Destruction and Falsification of Records in a Federal Investigation, in violation of 18 U.S.C. § 1519.

Date: 02/05/2020

*Issuing officer's signature*

City and state: Boston, Massachusetts

US Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*