AO 442 (Rev. 11/11) Arrest Warrant

11075541

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

**SEALED**

United States of America
v.

JOSEPH M. LAVORATO

*Defendant*

Case No. 20cr10029-DJC

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JOSEPH M. LAVORATO

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Obstruction of an Official Proceeding, in violation of 18 U.S.C. § 1512(c)(2) and Destruction and Falsification of Records in a Federal Investigation, in violation of 18 U.S.C. § 1519.

Date: 02/05/2020

*Issuing officer's signature*

City and state: Boston, Massachusetts

US Magistrate Judge
*Printed name and title*

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT DISTRICT OF MASS. 2020 FEB -7 PM 3:0?

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

WARRANT EXECUTED BY FBI
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 2/6/2020

*Arresting officer's signature*

_____
*Printed name and title*